THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEMONTRAY WARD,

      Plaintiff

v.                                   1:20-CV-615
                                    (JUDGE MARIANI)

DR. ENIGK, et al.,

      Defendants

## ORDER

AND NOW, THIS 5TH DAY OF MAY, 2022, upon *de novo* review of Magistrate Judge Martin C. Carlson's Report & Recommendation ("R&R") (Doc. 45), the Objections of Plaintiff (Doc. 48) and Defendants (Docs. 59, 60) thereto, and all other relevant documents, and for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 45) is **ADOPTED IN PART and OVERRULED IN PART** as set forth herein.

2. Plaintiff's Objections (Doc. 48) are **OVERRULED** for the reasons set forth in the Court's accompanying memorandum opinion.

3. Defendants' Objections (Docs. 59, 60) are **SUSTAINED IN PART and OVERRULED IN PART** for the reasons set forth in the Court's accompanying memorandum opinion.

4. Defendants' "Motion to Dismiss and for Summary Judgment" (Doc. 29) is **GRANTED IN PART and DENIED IN PART** as follows:

    a. Defendants' motion for summary judgment as to Dr. Jennifer Enigk is **GRANTED**.

    b. Defendants' motion to dismiss Plaintiff's First Amendment retaliation claim is **GRANTED**.

    c. Defendants' motion to dismiss Plaintiff's Eighth Amendment excessive force/conditions of confinement claims is **GRANTED**.

    d. Defendants' motion to dismiss Plaintiff's Eighth Amendment inadequate medical treatment claim is **DENIED**.

5. Defendants Dr. Jennifer Enigk, Lt. Rodney Troutman, Lt. Justin Leonowicz, and Lt. Eric Stuart are **DISMISSED** from this action consistent with this Order and for the reasons set forth in this Court's memorandum opinion.

6. The above-captioned action is remanded to Magistrate Judge Carlson for further proceedings consistent with this Order.

_____
Robert D. Mariani
United States District Judge