THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEMONTRAY WARD,

    Plaintiff

v.                        1:20-CV-615
                         (JUDGE MARIANI)
DR. ENIGK, et al.,       (Magistrate Judge Carlson)

    Defendants

## ORDER

**AND NOW, THIS 30th DAY OF AUGUST 2023,** upon consideration of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 143) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 143) is **ADOPTED** for the reasons set forth therein;

2. Defendant Eric Haubert's Motion for Summary Judgment (Doc. 114) is **GRANTED**;

3. The Clerk of Court is directed to enter judgment in favor or Defendant Haubert and against Plaintiff;

4. The Clerk of Court is directed to **CLOSE THIS CASE**.[1]

                                     Robert D. Mariani
                                     United States District Judge

---

[1] All other Defendants have been dismissed from this action as a result of previously filed motions. (*See* Doc. 66.)